UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL CLARK, )
          Plaintiff, )    2:10-cv-944-RLH-RJJ
vs. )
D.W. NEVEN, )    O R D E R
          Defendant, )

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for a Scheduling Order (#25).

The Court having reviewed the Motion (#25) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for March 23, 2011, at 1:30 PM on Plaintiff's Motion for a Scheduling Order (#25). The hearing will be held in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Michael Clark must be present in court for this hearing.

DATED this __10th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge